**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 24-cv-24931-JB**

XYZ CORPORATION,

Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS,
AND UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

Defendants.
_______________________________________/

## ORDER OF DISMISSAL

**THIS CAUSE** comes before the Court upon *sua sponte* review of the record. Pursuant to Plaintiff's Notice of Voluntary Dismissal as to Certain Defendants Only, ECF No. [42], Plaintiff has voluntarily dismissed the remaining defendants in this action (the "Dismissed Defendants") with prejudice:

| Defendant No. | Store Name as Identified on Schedule A |
|---|---|
| 7 | Eambond US |
| 8 | DanBlueprint |
| 12 | XBUNNY |
| 15 | Coroor US |
| 16 | HONG999 |
| 19 | SOOGE Store |
| 20 | Aolyty |
| 23 | EHJRE |
| 24 | EseeAier |
| 25 | FITYLE |
| 28 | Lartppy |
| 30 | Mornei |
| 31 | perfeclan |
| 33 | TOOYFUL |

Accordingly, it is hereby **ORDERED AND ADJUDGED** that this action is **DISMISSED WITH PREJUDICE** between Plaintiff and the Dismissed Defendants. The Clerk is directed to **CLOSE** this case, and all pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida this 18th day of September, 2026.

**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**